# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARY JANE RUSSELL,** *et al.*                                              **PLAINTIFFS**

**v.**                              **CASE NO. 2:21-CV-00018-BSM**

**HBC TRANSPORTATION INC**                                              **DEFENDANT**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 30], this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE