IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARY JANE RUSSELL,** *et al.*                                                              **PLAINTIFFS**

v.                            **CASE NO. 2:21-CV-00018-BSM**

**HBC TRANSPORTATION INC**                                                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE